**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff - Appellee, <br><br>   v. <br><br> JORGE ROBLES-RETIZ, a.k.a. Jorge Robles, <br><br>         Defendant - Appellant. | No. 13-10033 <br><br> D.C. No. 2:12-cr-01966-ROS <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Ancer L. Haggerty, District Judge, Presiding[**]

Submitted January 21, 2014[***]

Before:     CANBY, SILVERMAN, and PAEZ, Circuit Judges.

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The Honorable Ancer L. Haggerty, Senior United States District Judge for the District of Oregon, sitting by designation.

    [***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Jorge Robles-Retiz appeals from the district court's judgment and challenges his guilty-plea conviction and 36-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Robles-Retiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Robles-Retiz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Robles-Retiz has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**